# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| GERARDO SEPULVEDA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | 5:20-cv-00157 |
| STATE FARM LLOYDS, | § | |
| | § | (JURY) |
| Defendant. | § | |

### PLAINTIFF'S RESPONSE TO ORDER OF NOVEMBER 9, 2020

**TO THE HONORABLE JUDGE OF SAID COURT**:

COMES NOW Mr. Gerardo Sepulveda ("Plaintiff"), by and through the undersigned counsel, submits his Response to this honorable Court's Order, dated November 9, 2020 [Doc. 15], and in support of Plaintiff's Motion to Remand [Doc. 3], as follows:

## STIPULATION OF DAMAGES

In accordance with this honorable Court's Order, dated November 9, 2020 [Doc. 15], Plaintiff hereby submits his signed stipulation as to damages, which is attached hereto as Plaintiff's Exhibit No. 1.

**WHEREFORE**, Plaintiff Gerardo Sepulveda respectfully requests that this honorable Court remand the instant cause of action back to the District Court for Webb County, and award him any other equitable relief to which he may be justly entitled.

Respectfully submitted this 12th day of November 2020.

**CHRISTOFFEL LAW GROUP, P.L.L.C.**

By:   /s/   David A. Christoffel
    David A. Christoffel
    State Bar No. 24065044
    Email:  christoffellawgroup@gmail.com

3027 Marina Bay Drive, Suite 230
League City, Texas 77573
Telephone:  (281) 429-8402
Facsimile:  (281) 429-8403

*Attorney for Plaintiff*
*Gerardo Sepulveda*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to the below counsel of record via the Court's ECF system (e-filing system) on this 12th day of November 2020, and in accordance with the Federal Rules of Civil Procedure.

RAMON | WORTHINGTON, PLLC
Attn.: Ms. Elizabeth S. Cantu, Esq.
1506 South Lone Star Way, Suite 5
Edinburg, Texas 78539

*ATTORNEY FOR DEFENDANT*
*STATE FARM LLOYDS*

By:  /s/   David A. Christoffel
    David A. Christoffel