# PLAINTIFF'S EXHIBIT NO. 1

## BINDING STIPULATION OF DAMAGES

I, Plaintiff, Gerardo Sepulveda, hereby files this *Stipulation of Damages*, and agrees, avers and affirms that the aggregate total sum or value in controversy in this civil action does not exceed $74,999.99, exclusive of interest and costs.

11-11-2020
DATE

*[signature]*
GERARDO SEPULVEDA